# EXHIBIT A

| **Gross Settlement Amount** | $250,798.92 |
|---|---|
| Attorneys' Fees and Costs (Payable to Sommers Schwartz, P.C., and JTB Law Group, LLC) | $150,000.000 |
| **Class Member Name** | **Settlement Amount** |
| Morse, Carol | $30.14 |
| Steele, Shawnee | $165.77 |
| Vaheed, Michelle | $15.07 |
| Golz, Ronald | $30.14 |
| Dimery, Terry | $15.07 |
| Baltimore, Sheila | $75.35 |
| Blue, Tandra | $497.31 |
| Brown, Barbara | $30.14 |
| Bullock, Bryant | $15.07 |
| Byars, Evelyn Butler | $286.33 |
| Carrick, Michael | $2,350.92 |
| Cauley, Veronica | $30.14 |
| Clay, Courtney | $15.07 |
| Coleman, Shaaira | $75.35 |
| Cummins, Makayla | $30.14 |
| Dixon, Dominique | $15.07 |
| Dodson, Christina | $30.14 |
| Dolan, Amelia | $30.14 |
| Donaldson, Shelly | $30.14 |
| Ealy-Simon, Catherine | $150.70 |
| Ellison, Aletha | $60.28 |
| Embry, Christopher | $75.35 |
| Evans, Janise | $15.07 |
| Finlator-Harris, Andrea | $30.14 |
| Fletcher-Johnson, Tanya | $45.21 |
| Foy, Ronita | $15.07 |
| Gadsden-britt, Trarhonda | $30.14 |
| Grier, Tiffany | $90.42 |
| Hamilton, Fridae | $150.70 |
| Harris, Carolvita | $226.05 |
| Harrison, Wankeeta | $226.05 |
| Kalasnik, Sherry | $30.14 |
| Lincicome, Linda | $226.05 |
| Lucas, Charlean | $30.14 |
| Lumpkin, Angela | $30.14 |
| Main, James F | $15.07 |
| Mayo, Tawanda | $45.21 |
| Mclean, Caroline | $60.28 |

| | |
|---|---|
| Miles, Chique | $45.21 |
| Millspaugh, Sophia | $482.24 |
| Mitchell, Tammy | $45.21 |
| Montalvan, Jorge | $30.14 |
| Ozuzu, Nyeemah | $406.89 |
| Ragland, Angeline | $90.42 |
| Rollins, Rachel | $30.14 |
| Samples, Amy Elizabeth | $120.56 |
| Shears Barnes, Kimberly | $15.07 |
| Small, Kajuana | $2,290.64 |
| Smith, Anita | $60.28 |
| Smith, Delissa | $135.63 |
| Smith, Jeana | $1,597.42 |
| Smith, Saraswili | $60.28 |
| Sutton, Lakeisha | $120.56 |
| Taylor, Vicki Valette | $210.98 |
| Toms, Victoria | $45.21 |
| Toomey, Kathleen | $497.31 |
| Vaughan, Valisa N | $30.14 |
| Velez, Enito | $165.77 |
| Whittington, Louise | $30.14 |
| Williams, Melody | $30.14 |
| Kinzer, Kathryn | $30.14 |
| Malone, Deborah | $90.42 |
| Pittington, Gina | $331.54 |
| Shell, Shana | $75.35 |
| Adair, Melissa | $226.05 |
| Allende-El, Tasha | $331.54 |
| Alpiger, Mary | $271.26 |
| Belvin, Michelle | $60.28 |
| Logsdon, Jessica | $30.14 |
| Britton, Rosa | $256.19 |
| Christman, Shelley | $663.08 |
| Cooper, Joseph | $90.42 |
| Oyler, Debra | $60.28 |
| Faulkner, Shane | $45.21 |
| Green, Cortriece | $663.08 |
| Guimoye, Gasdaly | $90.42 |
| Hollingsworth, TaNesha | $15.07 |
| King, Nickia | $135.63 |
| Mangubat, Loren | $45.21 |

| | |
|---|---|
| Martinez, Natasha | $30.14 |
| McCormick, Erica | $60.28 |
| McHugh, Sarah | $437.03 |
| Miller, Rebecca | $648.01 |
| Miracle, Sherald | $934.34 |
| Perkins, Sennet | $226.05 |
| Pratt, Tejada | $256.19 |
| Ray, Valeria | $889.13 |
| Talbert, L Tonda | $467.17 |
| Terry, Tamika | $60.28 |
| Thompson, Estelle C | $15.07 |
| Whyte, Ladiah | $226.05 |
| Beasley, Tawanna | $241.12 |
| Caputo, Amanda | $165.77 |
| Carrignan-Arpino, Kelly | $75.35 |
| Francis, Ana | $421.96 |
| Henry, Yeny Arias | $195.91 |
| Horvath, Valerie | $150.70 |
| Lake, Sheila | $301.40 |
| Lowery, Laprecious | $90.42 |
| Messina, Stephanie | $45.21 |
| Mosley, Charnae | $60.28 |
| Aina, Olusola | $45.21 |
| Re, Zahuti | $30.14 |
| Ricks, Joan | $316.47 |
| Vick, Amanda | $376.75 |
| True, Sheri Ann | $15.07 |
| McEachern, Purvis | $798.71 |
| Bailey, Lois | $120.56 |
| AnezBarahona, Donna | $150.70 |
| Cameron, Heather | $15.07 |
| Carswell, Charlena | $512.38 |
| Cerna Demartinez, Julieta | $512.38 |
| Ferrier, Karen | $30.14 |
| Gasek, Christine | $1,311.09 |
| Gray, Yolanda | $120.56 |
| Cabral, Barbara | $1,627.56 |
| Hunt-King, Michelle Renee | $15.07 |
| Jackson, Charka | $45.21 |
| Mahoney, Shemika A | $195.91 |
| Oresanya, Omolara | $60.28 |

| | |
|---|---|
| Otto, Corlis | $90.42 |
| Stephens, Dana | $210.98 |
| Muhammad, Ameenah | $75.35 |
| Stallone, Jacqueline | $195.91 |
| Weeks, Cynthia Ellen | $135.63 |
| Abdullah, Mustafa Abdulmlaik As-Salafy | $15.07 |
| Adams, Kathy | $60.28 |
| Adams, Kathy | $15.07 |
| Atkins, Jennifer | $241.12 |
| Blouch, Angelica | $30.14 |
| Bryant, Katina | $648.01 |
| Griggs, Dawntae | $75.35 |
| Horne, Charlene | $30.14 |
| Jones, Noreen | $30.14 |
| Ranney, Renee | $105.49 |
| Seibert, Colton | $75.35 |
| Richey, Tkeyah | $75.35 |
| Snipes, Mitchell | $180.84 |
| Thomas-Sosa, Unya | $60.28 |
| Vest, Yolonda | $120.56 |
| Von Gizycki, Walter | $60.28 |
| Williams, Jon | $90.42 |
| Doria, India | $15.07 |
| Johnson, April | $874.06 |
| Kelly, Lovely | $331.54 |
| Kiel, Tonya | $768.57 |
| McClellan, Gabrielle | $15.07 |
| Muhammad, Tynnetta | $120.56 |
| Truitt Shearon, Alathair Renee | $361.68 |
| Watson, Pamela | $30.14 |
| Webb, Ricky | $195.91 |
| Williams, Brett | $15.07 |
| Washington, Angela | $30.14 |
| Bruce, Tricia | $15.07 |
| Davidson, Michelle | $75.35 |
| Cruz, Joshua | $120.56 |
| Galbally, Ursula | $15.07 |
| DeKerlegand, Danielle | $30.14 |
| Giusti, Eliel Alonso | $1,085.04 |
| Dixon, Gwendolyn | $120.56 |
| Glovers, Albertha Sobers | $30.14 |

| | |
|---|---|
| Edwards, Deborah | $105.49 |
| Koboka, Luyanda | $210.98 |
| Franklin, Barbara | $15.07 |
| Martinez, Sandra | $602.80 |
| Hether, Tobey Marie | $994.62 |
| Murphy, Kathleen | $2,019.38 |
| Madden, Buffy | $15.07 |
| Moses, Teresa | $768.57 |
| McCauley, Valerie | $15.07 |
| Peterson, Tenisha | $437.03 |
| Porter, Michelle R | $15.07 |
| Ortiz, Chris | $60.28 |
| Ramos, Christine | $30.14 |
| Parker, Calicia | $120.56 |
| Ricks, Drisha | $15.07 |
| Padron, Brenda | $195.91 |
| Tate, Lisa | $241.12 |
| Sanon, Meghan | $60.28 |
| Shyne, Denise | $45.21 |
| Thornhill, Alexis | $60.28 |
| Wilkins-Mixson, Antonia | $165.77 |
| Mills, Monica | $30.14 |
| Williams, Billy J | $195.91 |
| Yancey, Evelyn | $45.21 |
| Womble, Lakisheia | $60.28 |
| Young, Linda | $45.21 |
| Blumenthal, Douglas A | $60.28 |
| Crawley, Shirley | $361.68 |
| Vollmar, Rebecca | $2,818.09 |
| Dixon, Kizzy | $512.38 |
| Gardner, Regina | $632.94 |
| Gurule-Pope, Toni | $30.14 |
| Gutierrez, Rachelle | $241.12 |
| Hatfield, Rhonda | $286.33 |
| Hawkins, Tracy | $226.05 |
| Hooper, Shandy Dawn | $256.19 |
| Joseph, Gwendolyn | $90.42 |
| Knauss, Eric S | $165.77 |
| McLemore, Lawnyce | $632.94 |
| Monegain, Jouette | $15.07 |
| Mullins, Ashley | $120.56 |

| | |
|---|---|
| Munroe, Lakisha | $210.98 |
| Polite-Wilson, Gwendolyn | $361.68 |
| Shupp, Ralph | $331.54 |
| Steffeck, Denice | $75.35 |
| Thomas, Tamara | $30.14 |
| Yim Jr, Ronald | $1,250.81 |
| Buzan, Racha | $105.49 |
| Chiasson, Harkirten | $663.08 |
| Edwards, Gerald | $45.21 |
| Elliott, Allison L | $45.21 |
| Ennis, Lawrence | $210.98 |
| Evers, Eric | $467.17 |
| Fede, Nego | $120.56 |
| Flanagan, Michael | $90.42 |
| Garner-Woods, Helen | $75.35 |
| Godwin, Renessa | $45.21 |
| Johnson, Sandra | $120.56 |
| Kline, Steven | $0.00 |
| Knox, Shanerica | $331.54 |
| McClam, Tonya Mouzon | $210.98 |
| Morrissette, Laquinta | $256.19 |
| Pipkins, Shemika | $90.42 |
| Pollock, James | $241.12 |
| Puckett, Shari L | $497.31 |
| Rodriguez, Lisa | $15.07 |
| Scott, Marcia | $60.28 |
| Singh, Annand | $226.05 |
| Smith, Douglas D | $30.14 |
| Spivey, Darleen | $1,778.26 |
| Tipton, Cody | $45.21 |
| Tramontana, Walter | $256.19 |
| Wilder, Gina | $45.21 |
| Wissinger, Kim | $105.49 |
| Belk, Marsha L | $828.85 |
| Childers, Cathryn | $180.84 |
| Keeney, Tamy | $75.35 |
| Medendorp, Staci | $105.49 |
| Blansett, Laura Elizabeth | $90.42 |
| Bradley, Paula | $90.42 |
| Brewster, Kayla LeeAnn | $527.45 |
| Wiley, Carmen | $105.49 |

| | |
|---|---|
| Berwick, Aileen | $45.21 |
| Hernandez, Lavena | $105.49 |
| James, Amber | $15.07 |
| Rosa, David | $45.21 |
| Wheatley, Jennifer | $105.49 |
| Yentes, Ramon | $150.70 |
| Beck, Dianne | $15.07 |
| Boothe, Christina | $60.28 |
| Cook, Constance | $90.42 |
| Goodner, Teresa | $135.63 |
| Stookey, Lori | $75.35 |
| Taylor, Shantal | $15.07 |
| Wagman, Brandon | $45.21 |
| Briggs, Victoria | $75.35 |
| Campbell, Linda | $135.63 |
| Cathey, Lavonna | $331.54 |
| Daniels, Felicia | $105.49 |
| Fearson, Briana | $437.03 |
| Ivory, Shakita | $15.07 |
| Johnson, Daniel | $210.98 |
| McKnight, Susette | $165.77 |
| Metzler, Barbara | $120.56 |
| Murphy, Brandy | $75.35 |
| Read, Melody | $120.56 |
| Reynolds, Jordan | $120.56 |
| Rosa, Claudia | $226.05 |
| Smith, Kashareus | $497.31 |
| Stroud, Katrina | $90.42 |
| Whitfield, Antonio | $15.07 |
| Williams, Ella | $45.21 |
| Williams Perry, Tameka | $241.12 |
| Young, Patsy | $60.28 |
| Bridges, Loretha | $226.05 |
| Allwood, Samantha | $15.07 |
| Brandon, Angela | $1,175.46 |
| Michael, Christina | $60.28 |
| Rosado, Crystal | $60.28 |
| Rice, Jan | $105.49 |
| Turntime, Sharina | $30.14 |
| Campbell, Trameca | $271.26 |
| Mcdaniel, Susan Kay | $60.28 |

| Name | Amount |
|---|---|
| Remillard, Arthur | $271.26 |
| Alcala, Alejandro | $316.47 |
| Alcala, Belinda | $964.48 |
| Cunningham, Kimberly Michelle | $120.56 |
| Geras, Amanda O | $45.21 |
| Holmes, Jeffrey | $210.98 |
| Turner, Erica | $210.98 |
| Cornely, John M | $226.05 |
| Gobay, Marilyn | $120.56 |
| Hedman, Keri | $889.13 |
| Roose, William | $90.42 |
| Belton, Azurne | $1,235.74 |
| Billings, Deborah | $45.21 |
| Bluitt, Lisa | $120.56 |
| Broussard, Jalisa | $90.42 |
| Filipiak, Laurie | $497.31 |
| Forrest, Shanay | $316.47 |
| Taylor, Miara | $210.98 |
| Hearse, Cordelia | $346.61 |
| Hollins, Kenya | $15.07 |
| Jaramillo, Lisa | $60.28 |
| Johnson, Debra | $30.14 |
| Kelley, Katherine | $45.21 |
| Kresge, Cynthia | $15.07 |
| Leach, Robin | $210.98 |
| Miller, Jimmie | $45.21 |
| Myers, Catherine L | $226.05 |
| Nelson, Linda | $120.56 |
| Quinones, Elsa | $30.14 |
| Reeves, Davinna | $195.91 |
| Shaw, Devin | $376.75 |
| Sparkman, Natashia | $75.35 |
| Taylor, Robert | $165.77 |
| Vannoy, Melisa | $15.07 |
| Westbrook, Heather | $421.96 |
| Schemel, Nicole | $934.34 |
| Jocelyn, Vanise | $421.96 |
| Wade, Raven | $75.35 |
| Walton, Aysha | $150.70 |
| Aucoin, Mariah | $150.70 |
| Knight, Naliah | $723.36 |

| Name | Amount |
|---|---|
| Taylor-Vigilant, Ashley | $15.07 |
| Taylor, Gary | $105.49 |
| Burch, Reginald | $30.14 |
| Buttler, Sangerine | $165.77 |
| Dukes, Hope N | $1,326.16 |
| Gonzalez, Sandra | $90.42 |
| Reynolds, Ginger | $60.28 |
| White, Dariana | $1,009.69 |
| Calley, Peggi | $75.35 |
| Hayes, Pamela | $30.14 |
| Hite, Matt | $15.07 |
| Langley, Christine M | $45.21 |
| Lexing, Brittany | $15.07 |
| Lexing, Carissa | $421.96 |
| Lexing, Reita | $15.07 |
| McCurry, Carli | $135.63 |
| Reese, Pamela | $120.56 |
| Berkman, Andrea | $75.35 |
| Scott, Nicole | $150.70 |
| Sherron, Cherie Parker | $256.19 |
| Stipanov, Debra S | $45.21 |
| Barksdale, Emma | $15.07 |
| Batchelor, Kristy | $75.35 |
| Hurst, Chere | $452.10 |
| Nash, Krystal Tee | $105.49 |
| Slack, Vivian | $90.42 |
| Trevino, Fernando | $45.21 |
| Backhouse, Debbie | $15.07 |
| Harris, Melissa | $45.21 |
| Jones, Deshondra | $15.07 |
| Rogers, Wendy | $60.28 |
| Scott, Patrice | $120.56 |
| Statham, Carolyn | $120.56 |
| Swader, Lawrence | $753.50 |
| Wooten, Franklin | $90.42 |
| Lucas, Jasmine | $60.28 |
| Brown, Queenie | $15.07 |
| Brown, Darshay | $210.98 |
| Coleman, Sitricae | $150.70 |
| Freedman, Hunter | $15.07 |
| Louis, Sharnell | $15.07 |

| Name | Amount |
|---|---|
| Marshall, Sheri | $15.07 |
| Wilson, Chester Lee | $271.26 |
| Johnson, Jennifer | $30.14 |
| McNabb, Jennifer | $210.98 |
| Bryant, Kevin | $150.70 |
| Devine, Nerrica | $30.14 |
| Golob, April | $75.35 |
| Jackson, Temekia | $30.14 |
| Norton, John | $45.21 |
| Archie-Burch, Yvonne | $30.14 |
| Bowman, Adam | $271.26 |
| Johnson, Tesla Marie | $15.07 |
| Lawrence, La kia | $75.35 |
| Stallings, Kimberly | $45.21 |
| Ward, Umeka | $75.35 |
| Carter, Latisha S | $15.07 |
| Harper, Cherie | $693.22 |
| Mcnair, Kecha | $195.91 |
| Norred, Tina | $150.70 |
| Chen, Lulu | $30.14 |
| Gentile, Christopher | $15.07 |
| Givens, Sharundolyn | $572.66 |
| Russell, Brenda | $120.56 |
| Sadikifu, Kimya | $75.35 |
| Scott, Alisa | $120.56 |
| Tanner, Ashley | $1,386.44 |
| Turner, Shanice | $45.21 |
| Black, Ryan | $30.14 |
| Botwinick, Monica | $452.10 |
| Sharp, Suzanne | $45.21 |
| Brewer, Scott | $15.07 |
| Baptist, Stephanie | $105.49 |
| Cherry, Jasmine | $60.28 |
| Dotson, Latonya | $45.21 |
| Everett, Ryan | $286.33 |
| Garmon, Jennifer | $798.71 |
| Graham, Matt | $271.26 |
| Harris, Muriel | $527.45 |
| Hawthorne, Nicholas | $437.03 |
| Hudson, Kim | $180.84 |
| Jackson, Tilisha | $90.42 |

| | |
|---|---|
| Johns, Calvin | $105.49 |
| Jones, Elizabeth Amyx | $180.84 |
| Kasiotis, Nicholas | $467.17 |
| Legendre, Crystal | $663.08 |
| Lewallen, Anthony E | $738.43 |
| Lewis, Chevora | $361.68 |
| Marsh, William | $30.14 |
| McKee, Danna | $90.42 |
| Mead, Amy | $45.21 |
| Murphy, Tiffany | $165.77 |
| Polk, Yolanda | $256.19 |
| Smith, Ashley | $271.26 |
| Steele, Aurora | $90.42 |
| Tate, LaTia | $331.54 |
| Wadford, Wilford | $60.28 |
| Williams, Andre | $180.84 |
| Zerr, Mary | $527.45 |
| Arrington, Lakisha | $195.91 |
| Barczak, Alice | $45.21 |
| Brown, Jasmine L | $452.10 |
| Brown, Lateshia | $15.07 |
| Dunklin, Jacqulyn | $30.14 |
| Litz, Nikki | $75.35 |
| Moore, James | $90.42 |
| Moore, Kendall | $301.40 |
| O'Neal, Angela | $15.07 |
| Ramsey, Paula | $15.07 |
| Sanders, Nia | $165.77 |
| Smith, Takela | $150.70 |
| Taylor, Tamisha | $30.14 |
| Troublefield, Nikkia | $15.07 |
| Walker, Jessica | $316.47 |
| Winston, Nicole | $105.49 |
| Graham, Rhonda | $482.24 |
| Toscarelli, Fia | $482.24 |
| Malone, Lynette | $663.08 |
| Williams, Kimyata | $45.21 |
| Butler, Amberell | $60.28 |
| Doggins, Krystal | $60.28 |
| Rutledge, Kelvin | $135.63 |
| Jackson, Whitney | $15.07 |
| Munoz Jr, Juan | $90.42 |

| | |
|---|---|
| Griffis, Pamela | $15.07 |
| Ramirez, Daniel | $90.42 |
| Lynn, Curtis | $90.42 |
| Jones, Jessica | $195.91 |
| James, Rachel | $0.00 |
| Difo De Melendez, Arianny | $45.21 |
| **Class Total Settlement Fund** | $98,798.92 |