# EXHIBIT B

## SETTLEMENT AND RELEASE FOR [NAME OF PLAINTIFF]

This Settlement and Release ("Release") reflects the terms of my agreement to participate in the settlement ("Settlement") set forth in a Joint Stipulation for Approval of Settlement, Dismissal of Claims, and Entry of Judgment ("Joint Stipulation") dated October 1, 2018, of the wage and hour claims asserted against Sykes Enterprises, Incorporated, and Alpine Access, Inc., in the civil action filed in the United States District Court for the Northern District of New York entitled *Morse, et al. v. Alpine Access, Inc. et ano.*, No. 5:17-CV-235[BKS/ATB] (the "Lawsuit"), into which I filed a Consent to Sue pursuant to 29 U.S.C. § 216(b).

1. **Defendants:** The term "Defendants" as used in this Release includes Sykes Enterprises, Incorporated, and Alpine Access, Inc., and all of their respective past, present, and future parents, subsidiaries, companies, divisions, and affiliates, and other current or former related entities thereof, and all of the past, present, and future officers, directors, employees, agents, members, insurers, legal counsel, and successors and assigns of said entities.

2. **Settlement Amount:** Having read this Release, and having had an opportunity to obtain additional information relating to the Lawsuit or the Settlement (including the Joint Stipulation which is incorporated herein by reference), and having had an opportunity to confer with Plaintiffs' counsel in the Lawsuit, I hereby confirm my participation in the Settlement of the Lawsuit. I agree that the portion of the Settlement allocated to me in the total sum of $_____ (the "Settlement Amount") represents a fair settlement of my claims for overtime and other wages and related damages against Defendants. I also understand and acknowledge that I have received the Settlement Amount in two separate payments (one representing wages and one representing liquidated damages), and that all applicable withholding taxes and other payments required by law have been withheld. I agree that I am not owed any additional amounts as a result of, or derived from, any claims alleged in the Lawsuit. I understand that, pursuant to the Joint Stipulation, my claims in the Lawsuit have been dismissed **WITH PREJUDICE**.

3. **Attorneys' Fees, Costs, and Taxes:** Other than Plaintiffs' counsel's request for attorneys' fees and expenses to be paid from the Settlement, I agree that I will not seek to recover any attorneys' fees or expenses from Defendants and that I am solely responsible for any federal, state or local tax obligations which may arise as a result of the payments of the Settlement Amount by Defendants, with the exception of Defendants' tax obligation under FUTA/FICA.

4. **Release of Claims and Agreement Not to Sue:** In exchange for payment of the Settlement Amount and by accepting the Settlement Amount and as set forth in the Joint Stipulation, I hereby waive and release Defendants from all claims asserted in the Lawsuit, as well as any federal, state, or local law claims, both past and present, known and unknown relating to alleged unpaid overtime or other wages, meal or rest periods, or any claim derived from the failure to pay such wages, up to April 30, 2018 (the "Settled Claims"). I hereby agree not to sue or bring any legal action against Defendants in any forum with respect to any of the Settled Claims.

5. **No Admission:** I agree that the Settlement set forth in the Joint Stipulation and Defendants' actions pursuant to this Settlement shall not be deemed or construed to be an admission by Defendants of any violation of my rights, the law, or of any wrongdoing. I understand that Defendants expressly deny any such violation.

BY ACCEPTING, ENDORSING OR OTHERWISE NEGOTIATING THE SETTLEMENT CHECKS I RECEIVED WITH THIS RELEASE, I, _____, CONFIRM AND ACKNOWLEDGE MY ACCEPTANCE OF THE TERMS OF THE SETTLEMENT AS DESCRIBED IN THIS RELEASE AND THE JOINT STIPULATION

Date: _____