UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CAROL MORSE, and other similarly-situated individuals,

        Plaintiffs,        5:17-cv-00235 (BKS/ATB)

v.

ALPINE ACCESS, INC., and SYKES ENTERPRISES, INC., Jointly and Severally as,

        Defendants.

---

**Appearances:**

*For Plaintiff[s]:*
Jason T. Brown
Nicholas R. Conlon
JTB Law Group, LLC
155 2nd Street, Suite 4
Jersey City, New Jersey 07302

Kevin J. Stoops
Charles R. Ash, IV
Sommers Schwartz, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076

*For Defendant[s]:*
Andrew J. Voss
Paul R. Piccigallo
Littler Mendelson, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2136

**Hon. Brenda K. Sannes, United States District Judge:**

## ORDER

      Upon consideration of the joint stipulation for approval of settlement and dismissal of claims, (Dkt. No. 129), the unopposed motion for approval of the collective action settlement,

(Dkt. No. 130), the supplemental letter brief requesting approval of attorneys' fees, (Dkt. No. 132), Plaintiffs' Lodestar calculation, (Dkt. No. 133-1), and Plaintiffs' attorneys' contemporaneous time records, (Dkt. No. 133-2; Dkt. No. 133-3), as well as the representations by counsel at the November 1, 2018 and November 26, 2018 telephone conferences, (*see* November 1, 2018 and November 26, 2018 Minute Entries), and for the reasons stated at the November 26, 2018 telephone conference, it is hereby

**ORDERED** that the parties' settlement is approved as a fair and reasonable resolution of a bona fide dispute regarding unpaid wages under the FLSA and state laws; and it is further

**ORDERED** that the claims asserted by the Settling Plaintiffs in the Collective and Class Action Complaint are **DISMISSED with prejudice**; and it is further

**ORDERED** that the claims asserted by the Non-Participating Opt-in Plaintiffs, Angelisa Collins, Sharlyn McCray, Kathryn Long-Krueger, Jessica Seward, Carolyn Carlisle, Talib Abu-Sufyaan, Daniel Terri, Darryl E. King, Melvin Miller, and Peggy Young, are **DISMISSED without prejudice**; and it is further

**ORDERED** that the Clerk of the Court close this case.

**IT IS SO ORDERED.**

Dated: November 27, 2018
Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
U.S. District Judge

2